IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br><br>  Plaintiff,<br><br>  v.<br><br>COOPER, et al.,<br><br>  Defendants. | No.  2:24-CV-1834-DMC-P<br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' motion to dismiss.  See ECF No. 12.  Good cause appearing therefor based on Plaintiff's declaration indicating the need for additional time due to separation from her legal property following a recent prison transfer, Plaintiff's motion will be granted.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

    1.    Plaintiff's motion for an extension of time, ECF No. 12, is granted.

    2    Plaintiff's opposition to Defendants' motion to dismiss with due within 30 days of the date of this order.

**Dated: January 21, 2025**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2