**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No.  2:24-CV-1834-DC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| COOPER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court are Plaintiff's motions to modify the schedule for this case. See ECF Nos. 17, 20, and 21.

In her motions, Plaintiff seeks an order modifying the schedule for this case to permit additional time to conduct discovery.  Plaintiff's motions will be denied as premature because Defendants have not yet answered Plaintiff's complaint and the Court has not yet issued a discovery and scheduling order.  By separate order issued herewith, the Court has directed Defendants to file an answer within 30 days.

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to modify the discovery and scheduling order in this case, ECF Nos. 17, 20, and 21, are DENIED as premature.

**Dated:  April 9, 2026**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE