**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL, | No. 2:24-CV-1834-DC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| COOPER, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

The Court previously determined this action was appropriate for service as to Plaintiff's retaliation claim against Defendant Cooper (Claim I), Plaintiff's First Amendment claim based on interference with religious practices against Defendant Martin (Claim II), and Plaintiff's claims against all Defendnats under the Americans with Disabilities Act (Claim III). See ECF No. 6. All Defendants waived service and filed a motion to partially dismiss the complaint. See ECF Nos. 9 and 10. In the motion to dismiss, Defendants challenged Plaintiff's retaliation claim (Claim I) and ADA claim (Claim III). See ECF No. 10. Defendants did not challenge Plaintiff's claim against Defendant Martin related to religious practices (Claim II). See id.

///

1

On June 9, 2025, the Court issued findings and recommendations addressing Defendants' partial motion to dismiss.  See ECF No. 18.  Therein, the Court recommended that Defendants' motion be granted as to Plaintiff's ADA claim (Claim III) and denied as to Plaintiff's retaliation claim against Defendant Cooper (Claim I), which the Court continued to find sufficient to proceed.  See id.  The findings and recommendations were adopted in full by the District Judge on August 12, 2025.  See ECF No. 19.  Specifically, the District Judge provided Plaintiff leave to amend within 30 days of the date of her order and stated that, if no first amended complaint was filed within the time permitted therefor, Plaintiff's ADA claim (Claim III) would be dismissed without further order of the Court.  See id.  To date, Plaintiff has not filed a first amended complaint.  Accordingly, Plaintiff's ADA claim (Claim III) is now dismissed without further order of the Court and this action proceeds on the unchallenged claim against Defendant Martin relating to religious practices (Claim II) and Plaintiff's retaliation claim against Defendant Cooper (Claim I).  Defendants Bradley and Valencia are also now dismissed without further order of the Court pursuant to the District Judge's order.  Defendants Cooper and Martin will be directed to file an answer.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Pursuant to the Court's prior orders, this action proceeds as to the following claims and defendants: (a) Plaintiff's retaliation claim against Defendant Cooper (Claim I); and (b) Plaintiff's religious practices claim against Defendant Martin.

2. The Clerk of the Court is directed to terminate Bradley and Valencia as defendants to this action.

3. Defendants Cooper and Martin shall file an answer to Plaintiff's complaint within 30 days of the date of this order.

**Dated:  April 9, 2026**

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2