IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AKIVA ISRAEL,**<br><br>                Plaintiff,<br><br>      v.<br><br>**COOPER, et al.,**<br><br>                Defendants. | Case No. 2:24-cv-1834-DC-DMC-P<br><br>**ORDER** |

Defendants have filed a motion to stay the case pending upcoming settlement discussions. Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay is GRANTED and the matter is stayed through June 12, 2026; and

2. Defendants are ordered to file an answer to Plaintiff's complaint or, in the event the parties enter into a settlement agreement, a joint motion to dismiss on or before June 12, 2026.

Dated:  May 7, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1

Order (2:24-cv-01834-DC-DMC)