**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AKIVA AVIKAIDA ISRAEL,

Plaintiff,

v.

COOPER, et al.,

Defendants.

No. 2:24-cv-1834-DC-ICD-P

<u>ORDER</u>

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendants filed a notice of settlement on May 27, 2026, ECF No. 27, and on June 16, 2026, the Court issued a minute order pursuant to Eastern District of California Local Rule 160(b) directing that dispositional documents be filed within 21 days, ECF No. 28. More than 21 days have elapsed, and dispositional documents have not been filed as directed. Defendants are ordered to file a report within 14 days on the status of submission of settlement documents.

IT IS SO ORDERED.

Dated: September 15, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE