**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AKIVA AVIKAIDA ISRAEL,<br>Plaintiff,<br>v.<br>COOPER, et al.,<br>Defendants. | No. 2:24-cv-1834-DC-ICD-P<br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Defendants have filed a status report regarding the filing of dispositional documents, which are the subject of a global settlement agreement. ECF No. 31. In their report, Defendants request an extension of time to November 24, 2026, to file the dispositional documents. *Id.* Good cause appearing, Defendants' request is GRANTED. Dispositional documents shall be filed on or before **November 24, 2026**.

IT IS SO ORDERED.

**Dated: October 27, 2026**

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE